**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTIN MCLUCAS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KINDRED HEALTHCARE, INC., et al.,** | : | **NO.  11-7496** |
| **Defendants.** | : | |

## ORDER

AND NOW, this 15th day of April, 2013, upon consideration of the Motion to Withdraw

(Docket No. 12) filed by Plaintiff's attorney William Wilson, as well as the information

presented at two subsequent hearings on the Motion, both of which Plaintiff failed to attend in

violation of the Court's directives, it is hereby ORDERED that:

1.  The Motion to Withdraw (Docket No. 12) is GRANTED.

2.  The Clerk of Court shall remove this case from suspense status.

3.  The Clerk of Court shall terminate Mr. Wilson as Plaintiff's counsel of record and
    change the docket to reflect Plaintiff's *pro se* status.

4.  The Clerk of Court shall add Plaintiff's last known address – 2716 Wood Lane,
    Morgantown, Pennsylvania, 19543 – to the docket, and shall mail this Order, as
    well as all subsequent memoranda and orders of the Court, to that address.

5.  All discovery shall proceed promptly and continue in such manner as will assure
    that all requests for, and responses to, discovery will be served, noticed and
    completed by June 10, 2013.

6.  By no later than June 10, 2013, any party expecting to offer opinion testimony
    from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the

issues of liability and damages shall serve opposing parties with details and/or documents covering the lay opinions of the Rule 701 witnesses.

7.  Any motions for summary judgment or <u>Daubert</u> motions shall be filed and served on or before July 12, 2013.  Responses to any such motions shall be filed and served within twenty-one (21) days after service of the motion.  All counsel and unrepresented parties are directed to review the Court's General Pretrial and Trial Policies and Procedures on the Court's website[1] in order to be familiar with the Court's requirements with respect to summary judgment motions.  To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit <u>shall be cited to and discussed</u>, whenever possible, to defend arguments in support of and/or in opposition to the motion.  Two copies of any such motions and responses shall be served on the Court (Chambers, Room 10613) when the originals are filed.

8.  If necessary, the Court will schedule additional pretrial deadlines following the deadline for filing summary judgment or <u>Daubert</u> motions.

9.  EXTENSIONS OF TIME:  Any necessary application for extension of any time deadlines set forth in this Order shall be made in writing and submitted to the Court no later than three (3) days prior to the date sought to be changed or extended.  Any such request shall include a factual verification of counsel or unrepresented party or witness showing good cause for the request, shall contain a statement of the position of all other parties as to the request, and, if the request

---

[1] http://www.paed.uscourts.gov/documents/procedures/prapol2.pdf

relates to a discovery deadline, shall recount what discovery the parties have thus far accomplished.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge