IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIN MCLUCAS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KINDRED HEALTHCARE, INC., et al., | : | NO. 11-7496 |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of September, 2013, upon consideration of the Defendants' Motion to Dismiss for Lack of Prosecution (Docket No. 24), it is hereby ORDERED that the Motion is GRANTED, and that all claims against Defendants Kindred Healthcare, Inc., Kindred Hospitals East, LLC, and Joseph Lacy are DISMISSED with prejudice. It is further ORDERED that the Clerk of the Court shall CLOSE this case for all purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1